**E-filed 12/4/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

**MARJORIE BROOKS,**

    Plaintiff,

     v.

**COMMUNITY LENDING,**

    Defendants.
_____

No. C-07-4501-JF

Clerks's Notice

**To: All Counsel and Parties in the above named action.**

**The Court has rescheduled the Case Management Conference currently scheduled for December 7, 2007. The new hearing date is Friday, February 1, 2008, at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.**

**Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 12/4/07**

For the Court,
Richard W. Wieking, Clerk

**Diana Munz**
**electronic signature**
**Courtroom Deputy**