**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMUNITY LENDING, INC. and DOES 1 through 10 inclusive,<br><br>                    Defendants. | **CASE NO. C-07-04501 JF**<br><br>Judge: Hon. Jeremy Fogel<br>Ctrm:  3<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED]  ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND REVISED SCHEDULING ORDER**<br><br>Date:   12/07/07<br>Time:  10:30 a.m.<br><br>Complaint Filed: August 29, 2007 |

Subject to the Court's approval, Plaintiff, Marjorie Brooks (hereinafter "Plaintiff") and Defendant, COMUNITY LENDING, INC., hereby stipulate and agree pursuant to Northern District of California Civil Local Rule 6(a), as follows:

1.     The time by which Defendant must respond to Plaintiffs' First Amended Complaint shall be extended through January 4, 2008;

2.     The Last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through January 14, 2008;

---

Stipulation and [Proposed] Order - C-07-04501

1      3.      The last date for the parties to file Joint ADR Certification with Stipulation to ADR

2 Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended

3 through January 14, 2008;

4      4.      The last day to file Rule 26(f) Report, complete initial disclosures or state objection in

5 Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint

6 Case Management Statement shall be extended to January 22, 2008.

7      5.      The Initial Case Management Conference ("ICMC") shall be continued to February 11,

8 2008, at 10:30 a.m.

9      Respectfully Submitted,

10 DATED: December 5, 2007            SPIRO MOSS BARNESS LLP

11

12                                  By:

13                                     David M. Arbogast
                                    on behalf of Plaintiff MARJORIE BROOKS

14 DATED: December 5, 2007            MURRAY & MURRAY

15

16                                  By:

17                                     Robert Franklin
                                    on behalf of Defendant COMUNITY LENDING,
                                    INC.

18

19                                 **[PROPOSED] ORDER**

20      Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED

21 that:

22      1.      The time by which Defendant must respond to Plaintiffs' First Amended Complaint shall

23 be extended through January 4, 2008;

24      2.      The Last date for the parties to meet and confer re: initial disclosures, early settlement,

25 ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be

26 extended through January 14, 2008;

27 ///

28 ///

-2-

Stipulation and [Proposed] Order - C-07-04501

1        3.      The last date for the parties to file Joint ADR Certification with Stipulation to ADR

2   Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended

3   through January 14, 2008; and

4        4.      The last day to file Rule 26(f) Report, complete initial disclosures or state objection in

5   Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint

6   Case Management Statement shall be extended to January 22, 2008.

7        5.      The Initial Case Management Conference ("ICMC") shall be continued to February 11,

8   2008, at 10:30 a.m.

9        IT IS SO ORDERED

10  Dated: December ___, 2007
                                        _____
11                                      Hon. Jeremy Fogel
                                        Judge, United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

Stipulation and [Proposed] Order - C-07-04501