# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMUNITY LENDING, INC. and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C-07-04501 JF<br><br>Judge: Hon. Jeremy Fogel<br>Ctrm: 3<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND REVISED SCHEDULING ORDER**<br><br>Date: 12/07/07<br>Time: 10:30 a.m.<br><br>Complaint Filed: August 29, 2007 |

Subject to the Court's approval, Plaintiff, Marjorie Brooks (hereinafter "Plaintiff") and Defendant, COMUNITY LENDING, INC., hereby stipulate and agree pursuant to Northern District of California Civil Local Rule 6(a), as follows:

1. The time by which Defendant must respond to Plaintiffs' First Amended Complaint shall be extended through January 4, 2008;

2. The Last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through January 14, 2008;

3. The last date for the parties to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended through January 14, 2008;

4. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement shall be extended to January 22, 2008.

5. The Initial Case Management Conference ("ICMC") shall be continued to February 11, 2008, at 10:30 a.m.

Respectfully Submitted,

DATED: December 5, 2007                SPIRO MOSS BARNESS LLP

                                       By: _____
                                       David M. Arbogast
                                       on behalf of Plaintiff MARJORIE BROOKS

DATED: December 5, 2007                MURRAY & MURRAY

                                       By: _____
                                       Robert Franklin
                                       on behalf of Defendant COMUNITY LENDING, INC.

## [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The time by which Defendant must respond to Plaintiffs' First Amended Complaint shall be extended through January 4, 2008;

2. The Last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through January 14, 2008;

/ / /
/ / /

1   3.   The last date for the parties to file Joint ADR Certification with Stipulation to ADR
2   Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended
3   through January 14, 2008; and
4   4.   The last day to file Rule 26(f) Report, complete initial disclosures or state objection in
5   Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint
6   Case Management Statement shall be extended to January 22, 2008.     FIRST
7   5.   The Initial Case Management Conference ("ICMC") shall be continued to February XX
8   2008, at 10:30 a.m.
9   IT IS SO ORDERED
10  Dated: December 12, 2007

_____
Hon. Jeremy Fogel
Judge, United States District Court