1  David M. Arbogast (SBN 167571)
   David@SpiroMoss.com
2  Ira Spiro (SBN 67641)
   Ira@SpiroMoss.com
3  **SPIRO MOSS BARNESS LLP**
   11377 W. Olympic Boulevard, Fifth Floor
4  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468; Fax: (310) 235-2456
5

6  Paul R. Kiesel, Esq. (SBN 119854)          Jonathan Shub (SBN 237708)
   kiesel@kbla.com                            jshub@seegerweiss.com
7  Patrick DeBlase, Esq. (SBN 167138)         **SEEGER WEISS LLP**
   deblase@kbla.com                           1515 Market Street, Suite 1380
8  Michael C. Eyerly, Esq. (SBN 178693)       Philadelphia, PA 19107
   eyerly@kbla.com                            Phone: (215) 564-2300; Fax (215) 851-8029
9  **KIESEL BOUCHER LARSON LLP**
   8648 Wilshire Boulevard                    Jeffrey K. Berns, Esq. (SBN 131351)
10 Beverly Hills, California 90211            jberns@jeffbernslaw.com
   Phone: (310) 854-4444; Fax: (310) 854-0812 **LAW OFFICES OF JEFFREY K. BERNS**
11                                            19510 Ventura Boulevard, Suite 200
                                              Tarzana, California 91356
12                                            Phone: (818) 961-2000; Fax: (818) 867-4820

13 Attorneys for Plaintiff and all others Similarly Situated

14

15                          **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

17

18

19 MARJORIE BROOKS, individually and on        ) **CASE NO. C-07-04501 JF**
   behalf of all others similarly situated,    )
20                                             ) Judge: Hon. Jeremy Fogel
                    Plaintiff,                 ) Ctrm: 3
21                                             )
                                               ) CLASS ACTION
22        v.                                   )
                                               ) **NOTICE OF BANKRUPTCY FILING OF**
23                                             ) **DEFENDANT COMUNITY LENDING, INC.**
   COMUNITY LENDING, INC. and DOES 1           )
24 through 10 inclusive,                       )
                                               )
25                 Defendants.                 )
                                               )
26                                             ) Complaint Filed: August 29, 2007
                                               ) Trial Date: Not Set
27                                             )

28

---

NOTICE OF BANKRUPTCY FILING - C-07-04501 JF

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on January 4, 2008, a Chapter 11 bankruptcy case concerning the Defendant, ComUnity Lending, Inc. (debtor Corporation) has been filed in the United States Bankruptcy Court, Northern District (San Jose), Case Number 08-50030. A copy of the Notice is attached hereto as <u>Exhibit 1</u>.

DATED: January 14, 2008

**SPIRO MOSS BARNESS LLP**

By: ___**/S/**___
David M. Arbogast, Esq.
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Jeffrey K. Berns, Esq.
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Blvd, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiff, MARJORIE BROOKS, and all others Similarly Situated

# Exhibit No. 1

THU-50903 0971-5 STC 08-50030
John Walshe Murray
Law Offices of Murray and Murray
19400 Stevens Creek Blvd. #200
Cupertino, CA 95014-2548

002529  2529 2 MB 0.485  90084 9 6 5877-2-2529
|l.l..ll..ll...l.l.l.l..ll.ll..l.l..ll..ll.l..l..lll

Marjorie Brooks, et al.,
c/o David M. Arbogast
Spiro Moss Barness, LLP
1137 W. Olympic Blvd., 5th FL
Los Angeles, CA 90084-1683



JAN 1 4 2008

Electronic Bankruptcy Noticing (EBN)

**Still getting hard copy notices?**

Please tell us why.
Go to www.EBNuscourts.com/survey

OR

switch to our new FREE Email Link service.

To find out how, visit:
www.EBNuscourts.com



002529    50903002535062

B10 (Official Form 10) (12/07) - Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor: ComUnity Lending, Incorporated | Case Number: 08-50030 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Marjorie Brooks, et al., | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Marjorie Brooks, et al.,<br>c/o David M. Arbogast<br>Spiro Moss Barness, LLP<br>1137 W. Olympic Blvd., 5th Fl.<br>Los Angeles, CA 90084-1683<br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

1. **Amount of Claim as of Date Case Filed:**    $_____

    If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

    If all or part of your claim is entitled to priority, complete item 5.

    ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** _____
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

    **Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
    **Describe:**

    **Value of Property:** $_____    **Annual Interest Rate**___%

    Amount of arrearage and other charges as of time case filed included in secured claim,

    if any: $_____    **Basis for perfection:** _____

    **Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

    Specify the priority of the claim.

    ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

    ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

    ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

    ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

    ☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

    ☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

    **Amount entitled to priority:**

    $_____

    *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

    DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

    If the documents are not available, please explain:

| **Date:** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## EXPLANATIONS
FORM B9F (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

— Refer to Other Side for Important Deadlines and Notices —

002529    5090300253S044

| | |
|---|---|
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. | |
| **Address of the Bankruptcy Clerk's Office:**<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br>Telephone number: 408-535-5118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 1/8/08 |

1529

FORM B9F (Chapter 11 Corporation/Partnership Asset Case) (12/07)     Case Number **08-50030**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on 1/4/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
ComUnity Lending, Incorporated
dba 1st Premier Mortgage, dba 1st USA Mortgage and Investment, dba A Better Choice Mortgage, dba Accepted Mortgage Group, dba Access Mortgage LLC, dba Accredited First Financial Mortgage, dba Accurate Lending, dba Ace Mortgage, dba Achill Mortgage, dba Advantage Funding Group, dba Aladdin Mortgage, dba All Valley Mortgage of Clovis, dba Allied Mortgage, dba Alpha Mortgage Funding, dba American Fidelity Mortgage, dba American Mortgage and Financial Services, dba American Mortgage Resources, dba Amoskeag Mortgage, dba Atlantic Coast Financial Group, dba Atlantic Liberty Lending, dba Austinloan.com, dba Avalon Financial Group, dba Award Funding, dba Bay Area Lending, dba Best Rate Lending, dba Black Mountain Mortgage, dba Borrowers Best Mortgage Company, dba Borrowers Best Mortgage MAC 2, dba Buyers Advantage Home Lending, dba California Mortgage Alliance, dba Capital Lending House, dba Capitol Mortgage, dba Central Coast Mortgage, dba Citinet Lending, dba City Wide Mortgage, dba CityLine Financial, dba CJ Mortgage, dba Clear Sky Lending, dba Colorado Community Lending, dba Community Lending Group, dba Community Lending of Greater Chattanooga, dba Community Lending of Las Vegas, dba Community Mortgage America, dba Community Mortgage Lending, dba Community Mortgage Planners, dba ComUnity Lending, dba Consultants West, dba Consumers Choice Mortgage, dba CopperTree Lending, dba Cornerstone Capital, dba Coronado Mortgage, dba Creative Mortgage Solutions, dba Credit Flex, dba Cross Mortgage, dba Crystal Clear Mortgage, dba Definitive Financial, dba Desert Sound Financial Group, dba Direct Funder, dba Direct Home Lending, dba Dream Mortgage, dba F3 Lending Group, dba Fidelity Mutual Financial, dba Financialgroup Mortgage, dba First Assurance Mortgage, dba First Choice Financial Group, dba First Option Mortgage, dba First Rate Mortgage, dba Franklin Mortgage Group, dba G.I. Home Loans, dba Gemini Mortgage, dba Genesis Lending Group, dba Gold Star Mortgage, dba Good Life Financial, dba Heartland Mortgage Group, dba Hemet Mortgage, dba High Q Mortgage Solutions, dba Home Financial, dba Home Lending Team, dba Home Loan Online, dba HomeFindersCenter.com, dba House Mart, dba Ida's Direct Mortgage, dba Illinois Community Lending, dba Imani Mortgage, dba Infinity Capital Lending, dba Innergy Lending, dba InstaLoan Approval, dba J & L Lending, dba J&H Associates Mortgage Grp, dba Jay Royal Mortgage Lending, dba JEI Mortgage Services, dba JMAC Lending, dba JMC Financial, dba Keystone Lending, dba Land America Mortgage, dba Latte Stone Mortgage, dba Lender for Life Mortgage, dba LFC Lending, dba 1st Advantage Mortgage, dba Lighthouse Mortgage, dba Zenith Financial Services, dba Lion Funding Group, dba Loan Services, dba LoanAxis.net, dba LoanSmart Lending, dba Louisiana Community Lending, dba Maxxim Mortgage, dba Metro Home Loans, dba MGM Financial, dba Midwest Equity Financial Services, dba Midwest Lending Source, dba

002529

| | |
|---|---|
| Millenium First Funding, dba Missouri Home Lenders, dba Mortgage Funding Servicing, dba Mortgage Initiative, dba Mortgage Lending Solutions, dba Mortgage MD, dba Mortgage Only, dba Mortgage Partners, dba Mortgage Providers, dba Mortgage Serve of Tallahassee, dba MortgageTown Direct, dba Mountain Point Mortgage, dba MTS Home Loans, dba National Mortgage, dba New Egland Alliance Mortgage, dba Noble Lending Group, dba Northeast Community Lending, dba Number 1 Mortgage, dba Ohio Community Lending, dba Olde Country Fair Mortgage, dba Omega Mortgage Group, dba On The Move Mortgage Services, dba Pacific Lending Group, dba Paradigm Home Lending, dba Paradigm Home Mortagage, dba Paradise Financial Mortgage, dba Paramount Home Lending Network, dba Patriot Home Loans, dba Pennica Lending Group, dba Phoenix Capital Group, dba Pine Star Mortgage, dba Preferred Funding, dba Premier Capital Mortgage, dba Premier Direct Lending, dba Premier Lending Group, dba Prestige Funding Group, dba Prime Rate Mtg, dba Primestar Lending, dba Priority One Lending, dba Provident Lending, dba Quality Mortgage Services, dba Residential Funding, dba Rockview Lending Group, dba SA Taft, dba San Jose Wholesale, dba Satisfaction Mortgage, dba Security National Lending, dba Select Mortgage Services, dba Signature Lending, dba Skyline Funding, dba Source Funding Group, dba Southern Community Mortgage, dba Southwest Capital Funding, dba Special Forces Mortgage, dba Speedy Lending Group, dba SRA Mortgage, dba Summit Community Lending, dba Superior Mortgage, dba Texas Innergy Lending, dba Texas Residential Lending, dba Texline Mortgage, dba The Loan Arrangers, dba The Mortgage Center of Tucson, dba The Mortgage Channel, dba The Principle Lending, dba Three Rivers Mortgage, dba Titan Financial Group, dba TL Mortgage, dba Tri State Community Lending, dba UEX Financial, dba Union Lending, dba Unity Lending, dba Universal Financial Group, dba Universal Lending, dba Universal Lending of Elk Grove, dba Universal Valley Mortgage, dba Unlimited Mortgage Service, dba Urbana Mortgage, dba Valley Mortgage, dba Valley Wide Home Loans, dba Victoria Mtg, dba Victory Lending, dba Virginia Community Lending, dba Wardley Mortgage, dba West Avenue Mortgage, dba West Coast Community Lending, dba Windsor Lending, dba Your Lowest Mortgage<br>1452 N Vasco Rd. #301<br>Livermore, CA 94551 | |
| Case Number:<br>08-50030 | Taxpayer ID/Employer ID/Other Nos.:<br>94-2673933 |
| Attorney for Debtor(s) (name and address):<br>John Walshe Murray<br>Law Offices of Murray and Murray<br>19400 Stevens Creek Blvd. #200<br>Cupertino, CA 95014-2548<br>Telephone number: (650) 852-9000 | |

## Meeting of Creditors

Date: February 6, 2008              Time: 10:30 AM
Location: U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113

## Deadlines to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): 5/6/08        For a governmental unit: **Must file before 180 days after the date relief was entered.**

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

## Creditors May Not Take Certain Actions:

Case 5:07-cv-04501-JF    Document 11    Filed 01/14/2008    Page 11 of 14

**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form STC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re: ComUnity Lending, Incorporated    Case No.: 08-50030 MM 11
    dba  1st Premier Mortgage    Chapter: 11
    dba  1st USA Mortgage and Investment
    dba  A Better Choice Mortgage
    dba  Accepted Mortgage Group
    dba  Access Mortgage LLC
    dba  Accredited First Financial Mortgage
    dba  Accurate Lending
    dba  Ace Mortgage
    dba  Achill Mortgage
    dba  Advantage Funding Group
    dba  Aladdin Mortgage
    dba  All Valley Mortgage of Clovis
    dba  Allied Mortgage
    dba  Alpha Mortgage Funding
    dba  American Fidelity Mortgage
    dba  American Mortgage and Financial
    dba  Services
    dba  American Mortgage Resources
    dba  Amoskeag Mortgage
    dba  Atlantic Coast Financial Group
    dba  Atlantic Liberty Lending
    dba  Austinloan.com
    dba  Avalon Financial Group
    dba  Award Funding
    dba  Bay Area Lending
    dba  Best Rate Lending
    dba  Black Mountain Mortgage
    dba  Borrowers Best Mortgage Company
    dba  Borrowers Best Mortgage MAC 2
    dba  Buyers Advantage Home Lending
    dba  California Mortgage Alliance
    dba  Capital Lending House
    dba  Capitol Mortgage
    dba  Central Coast Mortgage
    dba  Citinet Lending
    dba  City Wide Mortgage
    dba  CityLine Financial
    dba  CJ Mortgage
    dba  Clear Sky Lending
    dba  Colorado Community Lending
    dba  Community Lending Group
    dba  Community Lending of Greater
    dba  Chattanooga
    dba  Community Lending of Las Vegas
    dba  Community Mortgage America
    dba  Community Mortgage Lending
    dba  Community Mortgage Planners
    dba  ComUnity Lending
    dba  Consultants West
    dba  Consumers Choice Mortgage
    dba  CopperTree Lending
    dba  Cornerstone Capital
    dba  Coronado Mortgage
    dba  Creative Mortgage Solutions
    dba  Credit Flex
    dba  Cross Mortgage

002529

dba Crystal Clear Mortgage
dba Definitive Financial
dba Desert Sound Financial Group
dba Direct Funder
dba Direct Home Lending
dba Dream Mortgage
dba F3 Lending Group
dba Fidelity Mutual Financial
dba Financialgroup Mortgage
dba First Assurance Mortgage
dba First Choice Financial Group
dba First Option Mortgage
dba First Rate Mortgage
dba Franklin Mortgage Group
dba G.I. Home Loans
dba Gemini Mortgage
dba Genesis Lending Group
dba Gold Star Mortgage
dba Good Life Financial
dba Heartland Mortgage Group
dba Hemet Mortgage
dba High Q Mortgage Solutions
dba Home Financial
dba Home Lending Team
dba Home Loan Online
dba HomeFindersCenter.com
dba House Mart
dba Ida's Direct Mortgage
dba Illinois Community Lending
dba Imani Mortgage
dba Infinity Capital Lending
dba Innergy Lending
dba InstaLoan Approval
dba J & L Lending
dba J&H Associates Mortgage Grp
dba Jay Royal Mortgage Lending
dba JEI Mortgage Services
dba JMAC Lending
dba JMC Financial
dba Keystone Lending
dba Land America Mortgage
dba Latte Stone Mortgage
dba Lender for Life Mortgage
dba LFC Lending
dba 1st Advantage Mortgage
dba Lighthouse Mortgage
dba Zenith Financial Services
dba Lion Funding Group
dba Loan Services
dba LoanAxis.net
dba LoanSmart Lending
dba Louisiana Community Lending
dba Maxxim Mortgage
dba Metro Home Loans
dba MGM Financial
dba Midwest Equity Financial Services
dba Midwest Lending Source
dba Millenium First Funding
dba Missouri Home Lenders
dba Mortgage Funding Servicing
dba Mortgage Initiative
dba Mortgage Lending Solutions
dba Mortgage MD
dba Mortgage Only

dba   Mortgage Partners
dba   Mortgage Providers
dba   Mortgage Serve of Tallahassee
dba   MortgageTown Direct
dba   Mountain Point Mortgage
dba   MTS Home Loans
dba   National Mortgage
dba   New Egland Alliance Mortgage
dba   Noble Lending Group
dba   Northeast Community Lending
dba   Number 1 Mortgage
dba   Ohio Community Lending
dba   Olde Country Fair Mortgage
dba   Omega Mortgage Group
dba   On The Move Mortgage Services
dba   Pacific Lending Group
dba   Paradigm Home Lending
dba   Paradigm Home Mortagage
dba   Paradise Financial Mortgage
dba   Paramount Home Lending Network
dba   Patriot Home Loans
dba   Pennica Lending Group
dba   Phoenix Capital Group
dba   Pine Star Mortgage
dba   Preferred Funding
dba   Premier Capital Mortgage
dba   Premier Direct Lending
dba   Premier Lending Group
dba   Prestige Funding Group
dba   Prime Rate Mtg
dba   Primestar Lending
dba   Priority One Lending
dba   Provident Lending
dba   Quality Mortgage Services
dba   Residential Funding
dba   Rockview Lending Group
dba   SA Taft
dba   San Jose Wholesale
dba   Satisfaction Mortgage
dba   Security National Lending
dba   Select Mortgage Services
dba   Signature Lending
dba   Skyline Funding
dba   Source Funding Group
dba   Southern Community Mortgage
dba   Southwest Capital Funding
dba   Special Forces Mortgage
dba   Speedy Lending Group
dba   SRA Mortgage
dba   Summit Community Lending
dba   Superior Mortgage
dba   Texas Innergy Lending
dba   Texas Residential Lending
dba   Texline Mortgage
dba   The Loan Arrangers
dba   The Mortgage Center of Tucson
dba   The Mortgage Channel
dba   The Principle Lending
dba   Three Rivers Mortgage
dba   Titan Financial Group
dba   TL Mortgage
dba   Tri State Community Lending
dba   UEX Financial
dba   Union Lending

| |
|---|
| dba Unity Lending<br>dba Universal Financial Group<br>dba Universal Lending<br>dba Universal Lending of Elk Grove<br>dba Universal Valley Mortgage<br>dba Unlimited Mortgage Service<br>dba Urbana Mortgage<br>dba Valley Mortgage<br>dba Valley Wide Home Loans<br>dba Victoria Mtg<br>dba Victory Lending<br>dba Virginia Community Lending<br>dba Wardley Mortgage<br>dba West Avenue Mortgage<br>dba West Coast Community Lending<br>     Windsor Lending<br>     Your Lowest Mortgage<br>       Debtor(s) |

## NOTICE OF STATUS CONFERENCE IN CHAPTER 11

Notice is hereby given that a status conference before the Honorable Marilyn Morgan United States Bankruptcy Judge, will be held as follows:

| DATE: March 13, 2008 | TIME: 11:30 AM |
|---|---|
| LOCATION: U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3070 3rd Fl., San Jose, CA 95113 ||

Please note that at said status conference, the court may, among other things, set a deadline for the filing of a plan and disclosure statement.

The court may hear at the status conference, on ten days' notice, the U. S. Trustee's motion, if any, to dismiss the case, convert the case to one under Chapter 7, or appoint a Chapter 11 trustee.

The debtor's attendance (with counsel, if the debtor is represented) is required. If debtor fails to appear, the court may, without further notice or hearing, order at said status conference that the case be dismissed or converted to Chapter 7, or that a Chapter 11 trustee be appointed. Creditor attendance is welcomed, but not required.

Dated: 1/8/08

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court