**E-filed 1/25/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MARJORIE BROOKS,

    Plaintiff,

    v.

COMMUNITY LENDING, INC.,

    Defendant.

No. C-07-4501-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to the filing of a Notice of Bankruptcy by Defendant in this case, the Court has vacated the Case Management Conference currently scheduled for February 1, 2008. A Status Conference Re Bankruptcy had been scheduled for Friday, July 11, 2008 at 10:30 AM.  The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 1/25/08                      For the Court,
                                        Richard W. Wieking, Clerk

                                        Diana Munz
                                        electronic signature
                                        Courtroom Deputy