Clerk's Use Only
Initial for fee pd.:

Rebecca Tingey
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL -3  P 3:01
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

MARJORIE BROOKS, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

COMUNITY LENDING, INC. and DOES 1 through 10 inclusive,

Defendant(s).

CASE NO. 07-4501-JF

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, REBECCA TINGEY, an active member in good standing of the bar of NEW YORK STATE; S.D.N.Y.; E.D.N.Y., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing MARJORIE BROOKS in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jeffrey K. Berns, ARBOGAST & BERNS LLP, 19510 Ventura Blvd., Ste. 200, Tarzana, CA 91356; Telephone: (818) 961-2000; Facsimile: (818) 867-4820

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2008

Rebecca Tingey

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003472
Cashier ID: harwellt
Transaction Date: 07/03/2008
Payer Name: Dreier

PRO HAC VICE
 For: Rebecca Tinney
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 6085
 Amt Tendered:   $210.00

Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

Case # 07-4501-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```