\*\*E-filed 7/7/08\*\*

RECEIVED
2008 JUL -3 PM 3:01
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of all others similarly situated, | CASE NO. 07-4501-JF |
| Plaintiff(s), | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| COMUNITY LENDING, INC. and DOES 1 through 10 inclusive, | |
| Defendant(s). | |

REBECCA TINGEY, an active member in good standing of the bar of NEW YORK STATE; S.D.N.Y.; E.D.N.Y whose business address and telephone number (particular court to which applicant is admitted) is

DREIER LLP, 499 Park Avenue, New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PLAINTIFF MARJORIE BROOKS

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/7/08

_____
United States District Judge
Hon. Jeremy Fogel