## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Status Conference, July 11, 2008
**Case Number:** CV-07-4501-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**      **MARJORIE BROOKS  V.  COMUNITY LENDING, INC.**

                **PLAINTIFF**                                    **DEFENDANT**

   **Attorneys Present: Lee Weiss**                        **Attorneys Present:**

PROCEEDINGS:
   Status conference held.  Counsel for plaintiff is present. Continued to 11/7/08 at 10:30 a.m. for further status conference.