1

2                                                            **E-Filed 9/30/08**

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   MARJORIE BROOKS, individually and on        Case Number C 07-4501 JF (HRL)
     behalf of all others similarly situated,

13                                               ORDER[1] GRANTING MOTION FOR
                      Plaintiff,                 LEAVE TO FILE SECOND
14                                               AMENDED COMPLAINT

         v.                                      [re: docket no. 25]
15
     COMUNITY LENDING, INC. and DOES 1
16   through 10 inclusive,

17                    Defendants.

18

19        Plaintiff Marjorie Brooks moves for leave to file a second amended complaint,

20   specifically to substitute certain parties as defendants and to refine the allegations of the

21   complaint.  Defendants do not oppose the motion.  The Court finds that the motion is appropriate

22   for submission without oral argument pursuant to Civ. L. R. 7-1(b).

23        Courts freely grant leave to amend "when justice so requires."  *See* Fed. R. Civ. P.

24   15(a)(2).  Leave to amend generally is allowed when the amendment does not prejudice the

25   opposing party, is not sought in bad faith, does not cause undue delay, and is not an exercise in

26   futility.  *See Foman v. Davis*, 371 U.S. 178, 182 (1962).  In the instant case, Plaintiff's proposed

27

28        [1] This disposition is not designated for publication and may not be cited.

Case No. C 07-4501 JF (HRL)
ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
(JFLC1)

1    amendments appear to meet these requirements.  Accordingly, Plaintiff's motion for leave to file

2    a second amended complaint is GRANTED.

3

4    IT IS SO ORDERED.

5

6    DATED: September 30, 2008

7

8                                                          JEREMY FOGEL
                                                           United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2

Case No. C 07-4501 JF (HRL)
ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
(JFLC1)

1   This Order has been served upon the following persons:

2   David M. Arbogast     darbogast@law111.com, jkerr@law111.com

3   Jeffrey K Berns     jberns@law111.com, staff@jeffbernslaw.com

4   Jonathan Shub     jshub@seegerweiss.com, atorres@seegerweiss.com

5   Lee A. Weiss     lweiss@dreierllp.com

6   Michael C Eyerly     eyerly@kbla.com

7   Patrick DeBlase     deblase@kbla.com

8   Paul R. Kiesel     Kiesel@kbla.com, cgarcia@kbla.com

9   Rebecca Tingey     rtingey@dreierllp.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-4501 JF (HRL)
ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
(JFLC1)