LOCKE LORD BISSELL & LIDDELL LLP
John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Phone:  213-485-1500
Fax:  213-485-1200

**E-Filed 10/21/08**

Thomas J. Cunningham (*pro hac vice* application to be filed)
tcunningham@lockelord.com
P. Russell Perdew (*pro hac vice* application to be filed)
pperdew@lockelord.com
J. Matthew Goodin (*pro hac vice* application to be filed)
mgoodin@lockelord.com
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0472
Fax: 312-896-6472

Attorneys for Defendant
GMAC MORTGAGE, LLC

*Additional parties and counsel listed below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY LENDING, INC., GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., GMAC MORTGAGE, LLC, WELLS FARGO BANK, N.A. and DOES 4 through 10, inclusive,<br><br>Defendants. | CASE NO. C-07-04501-JF<br><br>[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING STATUS CONFERENCE |

*Locke Lord Bissell & Liddell LLP*
*300 South Grand Avenue, Suite 2600*
*Los Angeles, CA  90071*

1

1    The Court having considered the Parties' Stipulation Extending Time to Respond to Second

2    Amended Complaint, Setting Briefing Schedule on Defendants' Responsive Motions and Continuing

3    Status Conference, and good cause appearing;

4        IT IS HEREBY ORDERED:

5        (1)    Defendants will file motions pursuant to Federal Rule of Civil Procedure 12(b), or

6    otherwise respond to the Second Amended Complaint, on or by November 24, 2008;

7        (2)    Plaintiff will file her responses to Defendants' motions on or by December 22, 2008;

8        (3)    Defendants will file their replies on or by January 16, 2009;

9        (4)    Defendants' motions will be heard on January 30, 2009; and

10        (5)    The status conference currently set for November 7, 2008 is continued to January 30,

11    2009.

12        IT IS SO ORDERED.

13

14    Dated: October 21, 2008

15

16

ENTERED:

Hon. Jeremy Fogel
United States District Judge

20    CHI1 1538813v.2

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING STATUS CONFERENCE
*Brooks v. Community Lending, Inc., et al.*, No. C-07-04501-JF