**E-Filed 11/3/08**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY LENDING, INC., GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., GMAC MORTGAGE, LLC, WELLS FARGO BANK, N.A., and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No.: C-07-04501-JF<br><br>**[ORDER SETTING BRIEFING SCHEDULE** |

The Court, having considered the stipulation of plaintiff Marjorie Brooks and defendant Wells Fargo Bank, N.A., and good cause appearing, IT IS HEREBY ORDERED THAT

1. Wells Fargo will file a motion or otherwise respond to Brooks's second amended complaint on or by November 24, 2008;

2. Brooks will file her opposition to Wells Fargo's motion on or by December 22, 2008;

3. Wells Fargo will file its reply to Brooks's opposition on or by January 16, 2009;

4. The hearing on Wells Fargo's motion will be noticed for January 30, 2009.

IT IS SO ORDERED

DATED: 11/3/08

Hon. Jeremy Fogel
United States District Court Judge

07725/0102/695708.1

Order
Case No.: C-07-04501-JF