Lee A. Weiss (admitted *pro hac vice*)
lweiss@dreierllp.com
Rebecca Tingey (admitted *pro hac vice*)
rtingey@dreierllp.com
**DREIER LLP**
499 Park Avenue
New York, NY 10022
Phone: (212) 328-6100
Fax: (212) 328-6101

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

Attorneys for Plaintiff and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMUNITY LENDING, INC., GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., GMAC MORTGAGE, LLC, WELLS FARGO BANK, N.A., and DOES 4 through 10, inclusive,<br><br>Defendants. | **CASE NO. C-O7-04501-JF**<br><br>**[PROPOSED] ORDER RE STIPULATION RE FILING OF THIRD AMENDED COMPLAINT** |

1   The Court having considered the Parties' Stipulation re Filing of Third Amended Complaint,
2   and good cause appearing;
3   IT IS HEREBY ORDERED that Plaintiff may file the Third Amended Complaint that is
4   annexed hereto as Exhibit A.

7   Dated:  November 18, 2008

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

DREIER LLP
499 PARK AVENUE
NEW YORK, NY
10022

[PROPOSED] ORDER RE THIRD AMENDED COMPLAINT
C-07-04501-JF