**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
Rebecca Tingey (Admitted *pro hac vice*)
rtingey@bwgfirm.com
49 West 37th Street New
New York, New York 10018
Phone: (212) 354-4901
Fax:    (212) 354-4904

**ARBOGAST & BERNS LLP**
David M. Arbogast. Esq. (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax:    (818) 867-4820

*[Additional counsel listed on signature page]*
Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> COMUNITY LENDING, INC., GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., GREENWICH CAPITAL ACCEPTANCE, INC., GMAC MORTGAGE, LLC, WELLS FARGO BANK, N.A., AS TRUSTEE OF THE HARBORVIEW MORTGAGE LOAN TRUST 2006-10, and DOES 5 through 10, inclusive, <br><br> Defendants. | CASE NO. Case 5:07-cv-04501-JF (RSx) <br><br> *[Assigned to the Hon. Jeremy Fogel]* <br><br> <u>CLASS ACTION</u> <br><br> **SUBSTITUTION OF ATTORNEYS** <br><br><br> Complaint Filed: August 30, 2007 <br> Trial Date: Not set yet |

Substitution of Attorneys - Case 5:07-cv-04501-JF (RSx)

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff MARJORIE BROOKS requests the following substitution:

**Former legal representatives:**
Paul R. Kiesel, Esq.
Patrick DeBlase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

**New legal representatives:**
Jeffrey K. Berns, Esq.(SBN 131351)
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone (818) 961-2000
Fax: (818) 867-4820

The party requesting substitution is Plaintiff, MARJORIE BROOKS.

I CONSENT TO THIS SUBSTITUTION:

Dated: January 29, 2009           /s/ Marjorie Brooks
                                  Plaintiff MARJORIE BROOKS

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated: February 6, 2009           /s/Paul Kiesel
                                  Paul Kiesel
                                  KIESEL BOUCHER LARSON LLP

Dated: February 6, 2009           /s/ Michael Eyerly
                                  Michael Eyerly
                                  KIESEL BOUCHER LARSON LLP

Dated: February 6, 2009           /s/ Patrick DeBlase
                                  Patrick DeBlase
                                  KIESEL BOUCHER LARSON LLP

Substitution of Attorneys - Case 5:07-cv-04501-JF (RSx)

1 | I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

2

3 | DATED: February 11, 2009                    **ARBOGAST & BERNS LLP**

4 |                                             By:  /s/ Jeffrey K. Berns
                                                19510 Ventura Boulevard, Suite 200
5 |                                             Tarzana, California 91356
                                                Phone: (818) 961-2000
6 |                                             Fax:   (818) 867-4820

7

8 | Lee A. Weiss, Esq.
    Rebecca Tingey, Esq.
    **BROWNE WOODS GEORGE LLP**
9 | 49 West 37th Street
    New York, New York 10018
10| Phone: (212) 354-4901
    Fax:   (212) 354-4904

11

12| Jonathan Shub, Esq.
    **SEEGER WEISS LLP**
13| 1515 Market Street, Suite 1380
    Philadelphia, PA 19107
14| Phone: (215) 564-2300
    Fax    (215) 851-8029

15| Attorneys for Plaintiff MARJORIE BROOKS, and all others Similarly Situated

16

17|                          [PROPOSED] ORDER

18| Upon consideration of all the papers submitted in connection herewith, and good cause

19| appearing, the Substitution of Attorney is hereby granted.

20| **IT IS SO ORDERED**

21

22| Dated: February 23, 2009

23|                                             Hon. Jeremy Fogel
                                                District Court Judge