LOCKE LORD BISSELL & LIDDELL LLP
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: 213-485-1500
Facsimile: 213-485-1200

**E-Filed 3/16/09**

Attorneys for Defendant
GMAC MORTGAGE, LLC
and WELLS FARGO BANK, N.A., AS TRUSTEE OF THE
HARBORVIEW MORTGAGE LOAN TRUST 2006-10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COMUNITY LENDING, INC., GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., GREENWICH CAPITAL ACCEPTANCE, INC., GMAC MORTGAGE, LLC, WELLS FARGO BANK, N.A., AS TRUSTEE OF THE HARBORVIEW MORTGAGE LOAN TRUST 2006-10 and DOES 5 through 10, inclusive, <br><br> Defendants. | CASE NO. C-07-04501-JF <br><br> Hon. Jeremy Fogel <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE ON DEFENDANTS' RESPONSIVE MOTIONS TO PLAINTIFF'S FOURTH AMENDED COMPLAINT |

Having read the Stipulation to Set Briefing Schedule on Defendants' Responsive Motions to Plaintiff's Fourth Amended Complaint between plaintiff Marjorie Brooks ("Plaintiff") and Defendants GMAC Mortgage, LLC, Wells Fargo Bank, N.A., as trustee of the HarborView Mortgage Loan Trust 2006-10, Greenwich Capital Financial Products, Inc. and Greenwich Capital Acceptance, Inc. (collectively, "Defendants"), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

(1) Defendants shall file and serve by e-mail their responsive motions on or before April 9, 2009;

(2) Plaintiff shall file and serve by e-mail her response on or before April 30, 2009;

1

ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE ON FOURTH AMENDED COMPLAINT
*Brooks v. ComUnity Lending, Inc., et al.*, No. C-07-04501-JF

(3) Defendants shall file and serve by e-mail their replies on or before May 15, 2009; and

(4) The hearing on Defendants' responsive motions is set for May 29, 2009 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/16/09

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

CHI1 1576936v.1