RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center
Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

RICHARD SAHATJIAN (Bar No. 252442)
BUCKLEYSANDLER LLP
1801 Century Park East
Suite 2240
Los Angeles, CA 90067
Telephone: (424) 203-1003
Facsimile: (424) 203-1019
Email: rsahatjian@buckleysandler.com

ANDREW L. SANDLER (Admitted *Pro Hac Vice*)
BENJAMIN B. KLUBES (Admitted *Pro Hac Vice*)
MICHELLE L. ROGERS (Admitted *Pro Hac Vice*)
BUCKLEYSANDLER LLP
1250 24th Street, NW
Suite 700
Washington, D.C. 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: asandler@buckleysandler.com
       bklubes@ buckleysandler.com
       mrogers@buckleysandler.com

*Attorneys For Defendants*
*Greenwich Capital Acceptance, Inc.*
*And Greenwich Capital Financial Products, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMUNITY LENDING, INC., et al.,<br><br>Defendants. | Case No. C-07-04501-JF<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER ALLOWING NOTICE OF FIRM AND ADDRESS CHANGE AND SUBSTITUTION OF ATTORNEY<br><br>Hon. Jeremy Fogel |

---

[PROPOSED] ORDER ALLOWING NOTICE OF CHANGE AND SUBSTITUTION OF ATTORNEY
*Brooks v. ComUnity Lending, Inc., et al,* No. C-07-04501-JF

1  Upon consideration of the Notice of Firm and Address Change and Substitution Of
2  Attorney filed by Defendants Greenwich Capital Acceptance, Inc. and Greenwich Capital Financial
3  Products, Inc., Defendants' request is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: April __10__, 2009

Hon. Jeremy Fogel
District Court Judge