**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (admitted *Pro Hac Vice*)
lweiss@bwgfirm.com
Rebecca Tingey (admitted *Pro Hac Vice*)
rtingey@bwgfirm.com
49 West 37th Street, 15th Floor
New York, NY 10018
Telephone: (212) 354-4901
Facsimile: (212) 354-4904

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
Telephone: (818) 961-2000
Facsimile: (818) 654-5988

Attorneys for Plaintiff And All Others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of herself and all others similarly situated, | CASE NO. C-07-04501-JF |
| Plaintiffs, | Hon. Jeremy Fogel |
| v. | **[PROPOSED]** ORDER DISMISSING DEFENDANT GMAC MORTGAGE, LLC AND COUNTS FOUR AND FIVE OF PLAINTIFF'S FIFTH AMENDED CLASS ACTION COMPLAINT |
| COMUNITY LENDING, INC., GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., GREENWICH CAPITAL ACCEPTANCE, INC., GMAC MORTGAGE, LLC, WELLS FARGO BANK, N.A., AS TRUSTEE OF THE HARBORVIEW MORTGAGE LOAN TRUST 2006-10 and DOES 5 through 10, inclusive, | |
| Defendants. | |

Having read the Stipulation to Dismiss Defendant GMAC Mortgage, LLC and Counts Four and Five of Plaintiff's Fifth Amended Class Action Complaint between Plaintiff Marjorie Brooks ("Plaintiff") and Defendants, and good cause appearing therefore,

BROWNE WOODS GEORGE LLP, 49 WEST 37TH STREET, 15TH FLOOR, NEW YORK, NY 10018

IT IS HEREBY ORDERED that:

(1) Defendant GMAC Mortgage, LLC is dismissed without prejudice; and

(2) Counts Four (Breach of Contract) and Five (Tortious Breach of the Covenant of Good Faith and Fair Dealing) of Plaintiff's Fifth Amended Class Action Complaint are dismissed without prejudice as to all remaining Defendants.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    7/16/09                          _____

Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO DISMISS GMAC MORTGAGE, LLC AND COUNTS FOUR AND FIVE
*Brooks v. ComUnity Lending, Inc., et al.*, No. C-07-04501-JF

BROWNE WOODS GEORGE LLP, 49 WEST 37TH STREET, 15TH FLOOR, NEW YORK, NY 10018