**E-Filed 10/7/09**

1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of others similarly situated, | Case Number C 07-4501 JF (RS) |
| Plaintiff, | **ORDER[1] GRANTING LEAVE TO AMEND** |
| v. | |
| COMUNITY LENDING., INC; RBS FINANCIAL PRODUCTS, INC., f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.; RBS ACCEPTANCE CORP., f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.; GMAC MORTGAGE, LLC; and WELLS FARGO BANK, N.A., as Trustee of the Harborview Mortgage Loan Trust 2006-2010, | |
| Defendants. | |

On September 29, 2009, the Court dismissed Plaintiff's TILA claims without leave to amend. The Court held Plaintiff's state-law claims in abeyance to allow the parties to submit letter briefs addressing the applicability of the Class Action Fairness Act of 2005 ("CAFA"). In

---

[1] This disposition is not designated for publication in the official reports.

their subsequently filed letter briefs, all parties requested that the Court allow Plaintiff to amend her complaint to allege facts supporting jurisdiction under CAFA.

Good cause therefor appearing, the Court will grant Plaintiff leave to file a Sixth Amended Complaint.  Any amended pleading shall be filed within thirty (30) days of the date of this order.

**IT IS SO ORDERED.**

DATED: 10/7/09

                                       JEREMY FOGEL
                                       United States District Judge

Case No. C 07-4501 JF (RS)
ORDER GRANTING LEAVE TO AMEND
(JFLC3)

This Order has been served upon the following persons:

Andrew L Sandler asandler@buckleysandler.com, kstamato@skadden.com

Benjamin B. Klubes bklubes@buckleysandler.com

David M. Arbogast darbogast@law111.com, jkerr@law111.com

James Matthew Goodin jmgoodin@lockelord.com, docket@lockelord.com, kmorehouse@lockelord.com, ttill@lockelord.com

Jeffrey K Berns jberns@law111.com, staff@jeffbernslaw.com

Jonathan Shub jshub@seegerweiss.com, atorres@seegerweiss.com

Lee A. Weiss lweiss@bwgfirm.com

Michelle L. Rogers mrogers@buckleysandler.com

Nina Huerta nhuerta@lockelord.com, ataylor2@lockelord.com

Phillip Russell Perdew rperdew@lockelord.com, docket@lordelord.com, kmorehouse@lockelord.com, ttill@lockelord.com

Rebecca Tingey rtingey@bwgfirm.com

Richard J. Sahatjian rsahatjian@buckleysandler.com

Thomas J. Cunningham tcunningham@lockelord.com, docket@lockelord.com, kmorehouse@lockelord.com, ttill@lockelord.com

3