1 | LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
2 | tcunningham@lockelord.com
Nina Huerta (SBN: 229070)
3 | nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
4 | Los Angeles, California  90071
Telephone:  213-485-1500
5 | Facsimile:  213-485-1200

6 | P. Russell Perdew (*pro hac vice*)
pperdew@lockelord.com
7 | J. Matthew Goodin (*pro hac vice*)
mgoodin@lockelord.com
8 | 111 South Wacker Drive
Chicago, Illinois  60606
9 | Telephone:  312-443-0472
Facsimile:  312-896-6472

Attorneys for Defendants WELLS FARGO BANK, N.A., AS TRUSTEE OF THE HARBORVIEW MORTGAGE LOAN TRUST 2006-10

\* *Additional parties and counsel listed below*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of herself and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>COMUNITY LENDING, INC., RBS FINANCIAL PRODUCTS, INC., f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., RBS ACCEPTANCE CORP., f/k/a GREENWICH CAPITAL ACCEPTANCE, INC., GMAC MORTGAGE, LLC, WELLS FARGO BANK, N.A., AS TRUSTEE OF THE HARBORVIEW MORTGAGE LOAN TRUST 2006-10 and DOES 5 through 10, inclusive,<br><br>            Defendants. | CASE NO. C-07-04501-JF<br><br>Hon. Jeremy Fogel<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS SIXTH AMENDED COMPLAINT** |

---

1

ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFF'S SIXTH AMENDED COMPLAINT
*Brooks v. ComUnity Lending, Inc., et al.*, No. C-07-04501-JF

Having read and considered the Stipulation to Set Briefing Schedule and Hearing Date on Defendants' Motions to Dismiss Sixth Amended Complaint ("SAC"), executed by and between Plaintiff Marjorie Brooks ("Plaintiff") and Defendants Wells Fargo Bank, N.A., as Trustee of the HarborView Mortgage Loan Trust 2006-10, RBS Financial Products, Inc., f/k/a Greenwich Capital Financial Products, Inc. and RBS Acceptance Corp., f/k/a Capital Acceptance, Inc. (collectively, "Defendants"), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

(1) Defendants shall file their motions to dismiss the SAC on or before November 24, 2009;

(2) Plaintiff shall file her responses to Defendants' motions on or before December 18, 2009;

(3) Defendants shall file their replies on or before January 15, 2010; and

(4) A hearing on Defendants' motions is set for January 29, 2010 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/5/09

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE