UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMUNITY LENDING, INC., ET AL.,<br><br>               Defendants. | Case No.: C 07-04501 JF (PVT)<br><br>**ORDER RE PARTIES' PROPOSED STIPULATED PROTECTIVE ORDER** |

On September 20, 2010, the parties submitted a stipulated protective order and [proposed] order. Some of the provisions of the proposed form of order are not acceptable to the court.[1] Rather than identify all of the problems with the proposed form of order, the court finds it more efficient to direct the parties to use one of the court's model forms of protective order. Therefore,

IT IS HEREBY ORDERED that, no later than November 15, 2010, the parties shall submit a revised form of protective order based on one of the court's model forms of protective order

---

[1] For example, the stipulated protective order, *inter alia,* fails to state that confidential material must qualify for protection under the standards developed under Rule 26(c), fails to provide the appropriate instructions for requesting that confidential materials be filed under seal pursuant to Civ. L.R. 79-5, and the signature block for the court should be located below the signature blocks of the respective parties (and not part of a separate order).

ORDER, *page 1*

1  available in the "Forms" section of the court's website (www.cand.uscourts.gov).
2      IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the
3  handling of confidential information shall be governed by the provisions of the court's model
4  stipulated protective order for standard litigation.
5      IT IS SO ORDERED.
6  Dated:   November 1, 2010

7      _____
        PATRICIA V. TRUMBULL
8       United States Magistrate Judge