UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, November 5, 2010           Time: 2 mins
**Case Number:** CV-07-4501-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**          **MARJORIE BROOKS  V.  COMUNITY LENDING, INC.**

            **PLAINTIFF**                              **DEFENDANT**

Attorneys Present: Michael Bowse                     Attorneys Present: Benjamin Klubes

---

PROCEEDINGS:

    Case management conference held.  Parties are present. The Court sets the case for hearing motion for class certification on 4/8/11 at 9:00 a.m.