BROWNE WOODS GEORGE LLP
Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
1 Liberty Plaza, Suite 2329
New York , New York  10006
Phone:  212-354-4901
Fax:  212-354-4901

David M. Arbogast
darbogast@law111.com
Jeffrey K. Berns
jberns@law111.com
ARBOGAST & BERNS LLP
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Phone:  818-961-2000
Fax:  818-936-0232

Attorneys for Plaintiff

**E-Filed 1/13/2011**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMUNITY LENDING, INC., RBS FINANCIAL PRODUCTS, INC., f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., RBS ACCEPTANCE CORP., and DOES 5 through 10, inclusive,<br><br>    Defendants. | CASE NO. C-07-04501-JF<br><br>Hon. Jeremy Fogel<br><br>**[PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING** |

1

2       The Court having considered the parties' Joint Stipulation to Continue Class Certification

3   Hearing, and good cause appearing therefore,

4       IT IS HEREBY ORDERED that:

5       The hearing on the motion for class certification currently scheduled for April 8, 2011 at 9:00

6   A.M. shall be continued to May 6, 2011 at 9:00 A.M.

7       IT IS SO ORDERED.

8

9   Dated: 1/13/2011 _____

10

11       _____
    HON. JEREMY FOGEL
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING
*Brooks v. ComUnity Lending, Inc., et al.*, No. C-07-04501-JF