BROWNE WOODS GEORGE LLP
Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
1 Liberty Plaza, Suite 2329
New York, New York 10006
Phone: 212-354-4901
Fax: 212-354-4901

David M. Arbogast
darbogast@law111.com
Jeffrey K. Berns
jberns@law111.com
ARBOGAST & BERNS LLP
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Phone: 818-961-2000
Fax: 818-936-0232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of herself and all others similarly situated, | CASE NO. C-07-04501-JF |
| | Hon. Jeremy Fogel |
| Plaintiffs, | [~~PROPOSED~~] ORDER TO CONTINUE CLASS CERTIFICATION HEARING |
| v. | |
| COMUNITY LENDING, INC., RBS FINANCIAL PRODUCTS, INC., f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., RBS ACCEPTANCE CORP., and DOES 5 through 10, inclusive, | |
| Defendants. | |

1

2   The Court having considered the parties' Second Joint Stipulation to Continue Class

3   Certification Hearing, and good cause appearing therefore,

4   IT IS HEREBY ORDERED that:

5   The hearing on the motion for class certification currently scheduled for May 6, 2011 at 9:00

6   A.M. shall be continued to June ~~3~~ 10, 2011 at 9:00 A.M.

7   IT IS SO ORDERED.

8

9   Dated: 2/3/11

10  _____
    HON. JEREMY FOGEL
11  UNITED STATES DISTRICT JUDGE