BROWNE WOODS GEORGE LLP
Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
626 RXR Plaza
Uniondale, New York 11556
Phone: 516-222-2900
Fax: 516-977-0263

David M. Arbogast
darbogast@law111.com
Jeffrey K. Berns
jberns@law111.com
ARBOGAST & BERNS LLP
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Phone: 818-961-2000
Fax: 818-936-0232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMUNITY LENDING, INC., RBS FINANCIAL PRODUCTS, INC., f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., RBS ACCEPTANCE CORP., and DOES 5 through 10, inclusive,<br><br>Defendants. | CASE NO. C-07-04501-JF<br><br>Hon. Jeremy Fogel<br><br>[PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING |

1

1       The Court having considered the parties' Second Joint Stipulation to Continue Class

2  Certification Hearing, and good cause appearing therefore,

3       IT IS HEREBY ORDERED that:

4       The hearing on the motion for class certification set for June 10, 2011 shall be continued to

5  September 9, 2011 at 9:00 A.M.

6       IT IS SO ORDERED.

7

8  Dated:   4/19/11

9                                                _____

10                                              HON. JEREMY FOGEL
                                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING
*Brooks v. ComUnity Lending, Inc., et al.*, No. C-07-04501-JF

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, California 90067, cbonilla@bwgfirm.com.

**On April 5, 2011**, I served the foregoing documents described as: **[PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING** on the parties in this action by serving:

### *SEE ATTACHED SERVICE LIST.*

☐    **By Envelope** - by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

☐    **By Mail:**  As follows:  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **By Federal Express**:  I caused the document to be delivered to the Federal Express office on October 29, 2010, for delivery on the next-business-day basis to the offices of the addressee(s).

☐ **By Personal Service:**  I delivered such envelope by hand to the offices of the addressee(s).

☒    **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 5, 2011**, at Los Angeles, California.

Claudia Bonilla

[PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING
*Brooks v. ComUnity Lending, Inc., et al.*, No. C-07-04501-JF

1

## SERVICE LIST

2

| | |
|---|---|
| 3 Richard J. Sahatjian<br>4 **BUCKLEY SANDLER LLP**<br>1801 Century Park East, Suite 2240<br>5 Los Angeles, CA 90067<br>6 Phone: (424) 203-1000<br>Fax: (424) 203-1019<br>7<br>8 | |
| 9 Andrew L. Sandler<br>Benjamin B. Klubes<br>10 Michelle L. Rogers<br>**BUCKLEY SANDLER LLP**<br>11 1250 24TH Street, NW, Suite 700<br>12 Washington, D.C. 20037<br>Phone: (202) 349-8000<br>13 Fax: (202) 349-8080<br>14<br>**Attorneys for Defendants**<br>15 *RBS FINANCIAL PRODUCTS INC. &*<br>16 *RBS ACCEPTANCE, INC.* | |

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING
*Brooks v. ComUnity Lending, Inc., et al.*, No. C-07-04501-JF