1 | BROWNE WOODS GEORGE LLP
Lee A. Weiss (admitted *pro hac vice*)
2 | lweiss@bwgfirm.com
626 RXR Plaza
3 | Uniondale, New York  11556
Phone:  516-222-2900
4 | Fax:  516-977-0263
5 |
David M. Arbogast
6 | darbogast@law111.com
Jeffrey K. Berns
7 | jberns@law111.com
ARBOGAST & BERNS LLP
8 | 6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
9 | Phone:  818-961-2000
Fax:  818-936-0232
10 |
Attorneys for Plaintiff
11 |
12 |
13 | **UNITED STATES DISTRICT COURT**
14 | **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

15 | MARJORIE BROOKS, individually and on behalf of herself and all others similarly situated,

CASE NO. C-07-04501-JF

16 |

Hon. Jeremy Fogel

17 | Plaintiffs,

~~[PROPOSED]~~ **ORDER TO CONTINUE CLASS CERTIFICATION BRIEFING AND HEARING**

18 |

19 | v.

20 | COMUNITY LENDING, INC., RBS FINANCIAL PRODUCTS, INC., f/k/a

21 | GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., RBS ACCEPTANCE

22 | CORP., and DOES 5 through 10, inclusive,

23 | Defendants.

24 |

25 |

26 |

27 |

28 |

1

1    The Court having considered the parties' Third Joint Stipulation to Continue Class

2  Certification Hearing, and good cause appearing therefore,

3    IT IS HEREBY ORDERED that:

4    1.    The hearing on the motion for class certification set for September 9, 2011 shall be

5  continued to December 2, 2011 at 9:00 A.M.

6    2.    The briefing on Plaintiff's motion for class certification is also continued such that

7  Plaintiff shall file her class certification motion by September 16, 2011, Defendants will file their

8  opposition to the motion by October 21, 2011, and Plaintiff will file her reply in further support of

9  the motion by November 18, 2011.

10

11    IT IS SO ORDERED.

12

13  Dated: __6/9/11_____

14  _____

15    HON. JEREMY FOGEL
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING
*Brooks v. ComUnity Lending, Inc., et al.*, No. C-07-04501-JF