Lee A. Weiss (admitted *pro hac vice*)
lweiss@bernsweiss.com
BERNS WEISS LLP
626 RXR Plaza
Uniondale, NY 11556
Telephone: (516) 222-2900
Facsimile: (818) 936-0232

-and-

Jeffrey K. Berns (SBN 131351)
jberns@law111.com
BERNS WEISS LLP
20700 Ventura Boulevard, Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 936-0232

David M. Arbogast (SBN 167571)
david@arbogastbowen.com
Chumahan B. Bowen (SBN 238168)
cbowen@arbogastbowen.com
ARBOGAST BOWEN LLP
11400 W. Olympic Boulevard, 2nd Floor
Los Angeles, CA 90064
Telephone: (310) 477-7200
Facsimile: (310) 943-2309

A*ttorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| MARJORIE BROOKS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMUNITY LENDING, INC., RBS FINANCIAL PRODUCTS, INC., f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., RBS ACCEPTANCE CORP., f/k/a GREENWICH CAPITAL ACCEPTANCE, INC., GMAC MORTGAGE, LLC, WELLS FARGO BANK, N.A., AS TRUSTEE OF THE HARBORVIEW MORTGAGE LOAN TRUST 2006-10, and DOES 5 through 10, inclusive,<br><br>Defendants. | CASE NO. 5:07-04501-EJD<br><br>CLASS ACTION<br><br>[*Assigned to the Hon. Edward J. Davila*]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Complaint Filed: August 30, 2007<br>Trial Date: Not set yet. |

1  Pursuant to Federal Rule of Civil Procedure 41(a), and upon consideration of the
Stipulation of Dismissal filed by Plaintiff Marjorie Brooks and Defendants RBS Financial Products, Inc., f/k/a Greenwich Capital Financial Products, Inc. and RBS Acceptance Corp., f/k/a Greenwich Capital Acceptance, Inc., the only remaining Defendants who have not been dismissed from the action previously, this action is hereby dismissed, without costs or attorney's fees as to any party.

**IT IS SO ORDERED.**
The Clerk shall close this file.

Dated: __April 27__, 2012          _____
                                                    HON. EDWARD J. DAVILA
                                                    UNITED STATES DISTRICT JUDGE

1

[Proposed] ORDER Granting
Stipulation of Dismissal                                              Case No. 5:07-04501-EJD

## **PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 27, 2012.

/s/ Albert G. Lum
Albert G. Lum